Elizabeth J. Cabraser (CA SBN 83151)
ecabraser@lchb.com
Scott P. Nealey (CA SBN 193062)
snealey@lchb.com
Nimish R. Desai (CA SBN 244953)
ndesai@lchb.com
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699<br><br>Judge Charles R. Breyer |
|---|---|
| **This Order Relates to:**<br><br>Ayers v. Pfizer Inc., et al.<br>No. C-05-3770<br><br>Cherdak v. Pfizer, Inc., et al.<br>No. C-08-cv-02477<br><br>Daroogar v. Merck & Co., Inc., et al.<br>No. C-07-1061<br><br>Daubert et al. v. Pfizer, Inc. et al.<br>No. C-07-1493<br><br>Eliscu v. Merck & Co., Inc., et al.<br>No. C-06-3274<br><br>Kinzer et al. v. Pfizer, Inc., et al.<br>No. C-06-01714<br><br>Solis-King et al. v. Pfizer, Inc., et al.<br>No. M:06-CV-00371 | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs NANCY AYERS, ERIK B. CHERDAK, SHAHIN DAROOGAR, PAMELA DAUBERT, WALTER DAUBERT, RICHARD ELISCU, LIZETTE KINZER,

805117.2                                                        - 1 -

1  WILLIAM SCOTT KINZER, CONSUELO SOLIS-KING, AND JERRY B. KING, and
2  Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil
3  Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice with
4  each side bearing its own attorneys' fees and costs.

805117.2

- 2 -

```
 1
 2   Dated: March 12, 2009         LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
 3                                 By: /s/ Scott P. Nealey
                                       ─────────────────────────────
 4                                      Scott P. Nealey

 5                                 Elizabeth J. Cabraser
                                   ecabraser@lchb.com
 6                                 Scott P. Nealey
                                   snealey@lchb.com
 7                                 LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                   Embarcadero Center West
 8                                 275 Battery Street, 30th Floor
                                   San Francisco, CA  94111-3339
 9                                 Telephone:  (415) 956-1000
                                   Facsimile:  (415) 956-1008
10
                                   Attorneys for Plaintiffs
11   Dated: ~~March~~ May 18, 2009   DLA PIPER LLP (US)
12
                                   By: /s/
13                                     ─────────────────────────────

14                                 DLA PIPER LLP (US)
                                   1251 Avenue of the Americas
15                                 New York, NY 10020
                                   Telephone:  (212) 335-4500
16                                 Facsimile:  (212) 335-4501

17                                 Defendants' Liaison Counsel

18
     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS**
19
     **SO ORDERED.**
20
     Dated: ~~March~~ May 29, 2009
21                                     ─────────────────────────────
                                       HONORABLE CHARLES R. BREYER
22                                     UNITED STATES DISTRICT JUDGE

     IT IS SO ORDERED
     /s/ Judge Charles R. Breyer
```